# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Gabriel Cuen-Buitimea | DOCKET NO. |
| DOB: xx/xx/ 1974; Mexican Citizen;<br>A# 099 826 396 | MAGISTRATE'S CASE NO.<br>13-12146 M- |
| Complaint for violation of Title 8 | United States Code § 1326(a) and 1325 |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 17, 2013, at or near Nogales, in the District of Arizona, **Gabriel Cuen-Buitimea**, an alien, entered and was found in the United States of America, after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on December 09, 2011 and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326, **enhanced by Title 8, United States Code, Section 1326 (a).**

COUNT 2: On or about June 24, 2012, at or near Nogales in the District of Arizona, **Gabriel Cuen-Buitimea**, an alien, did unlawfully enter the United States of America from the Republic of Mexico at a time and place other than as designated by United States Customs and Border Protection Officers; in violation of Title 8, United States Code, Section 1325.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Gabriel Cuen-Buitimea** is a citizen of Mexico. On December 09, 2011, **Gabriel Cuen-Buitimea** was lawfully denied admission, excluded, deported, and removed from the United States through Nogales, Arizona. On March 17, 2013, **Gabriel Cuen-Buitimea** was found in the United States at or near the DeConcini Port of Entry in Nogales, Arizona by U.S. Customs and Border Protection Officers. **Gabriel Cuen-Buitimea** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**Cuen-Buitimea**, an alien, was found by officers in the United States of America without proper immigration documents. Furthermore, **Cuen-Buitimea** admitted to entering the United States of America from Mexico illegally without being inspected by immigration officers, on June 24, 2012, at or near Nogales, Arizona.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>Authorized by LMG2 | SIGNATURE OF COMPLAINANT<br>/s/ Ernest [illegible]<br>Official Title<br>US Customs Enforcement Officer (CBPOE) |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE | DATE<br>March 18, 2013 |